FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 JAN -4 AM 10: 23

CLERK
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. CR 4:18-CR-147 |
| v. | ) |
| | ) |
| HERMAN WILLIAMS, | ) |
| VINCENT HOOPER | ) |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That Exhibits A-O to Doc. Number 277, Exhibits A-J to Doc. Number 278, and Exhibits A-V to Doc. Number 279 be sealed until further Order of this Court.

So ORDERED this 4th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA