FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 APR 19 AM 11: 35
CLERK
SO. DIST OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER |
| | ) | 4:18-cr-00147-LGW-GRS |
| HERMAN F. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

### IN RE: LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Thomas A. Withers for the period of Tuesday, July 2, 2019, through and including Sunday, July 7, 2019, and Thursday, August 22, 2019 through and including Friday, August 23, 2019, in the above captioned case.

The above and foregoing request for Leave of Absence is **GRANTED.** Mr. Withers is provided Leave of Court from Tuesday, July 2, 2019, through and including Sunday, July 7, 2019, and Thursday, August 22, 2019 through and including Friday, August 23, 2019.

**SO ORDERED,** this the 18th day of April 2019.

Christopher L. Ray
Magistrate JUDGE
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA